# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SFR INVESTMENTS POOL 1, LLC, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:16-cv-00127-GMN-NJK <br><br> ORDER <br><br> (Docket No. 20) |

Pending before the Court is Defendant SFR Investments Pool 1, LLC's motion for security of costs pursuant to N.R.S. 18.130(1). Docket No. 20. To date, no response has been filed. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). Ditech shall provide security in the amount of $500, no later than April 27, 2016.

IT IS SO ORDERED.

DATED: March 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge