Robert S. Larsen, Esq.
Nevada Bar No. 7785
Jon M. Ludwig, Esq.
Nevada Bar No. 3998
GORDON & REES LLP
3770 Howard Hughes Parkway
Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@gordonrees.com
jludwig@gordonrees.com

*Attorneys for Boulder Ranch Master Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; BOULDER RANCH MASTER ASSOCIATION; TWILIGHT HOMEOWNERS ASSOCIATION SERVICES, INC.; HARMESH SINGH; KULJIT KAUR; DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:16-CV-00127-GMN-NJK <br><br> **STIPULATION AND ORDER TO SET ASIDE DEFAULT [Doc. 37]** |

Plaintiff DITECH FINANCIAL, LLC, by and though it's attorneys, Michael R. Brooks, Esq. and Ramir M. Hernandez, Esq. of BROOKS HUBLEY, LLP, and Defendant BOULDER RANCH MASTER ASSOCIATION, by and through its attorneys of record, Robert S. Larsen, Esq. and Jon M. Ludwig, Esq. of GORDON & REES LLP, hereby submit this Stipulation and Order to Set Aside Default [Doc. 37] against Defendant BOULDER RANCH MASTER ASSOCIATION.

///

///

///

Counsel for Defendant BOULDER RANCH MASTER ASSOCIATION was recently retained and will be filing a responsive pleading once the Default is set aside.

Dated April 15, 2016.

GORDON & REES, LLP

Robert S. Larsen, Esq.
Nevada Bar No. 7785
Jon M. Ludwig, Esq.
Nevada Bar No. 3998
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169

*Attorneys for Boulder Ranch Master Association*

Dated April 15, 2016.

BROOKS HUBLEY, LLP

Michael R. Brooks, Esq.
Nevada Bar No. 7287
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff Ditech Financial, LLC*

IT IS SO ORDERED.

April 20, 2016

_____
U.S. DISTRICT COURT JUDGE

-2-