LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11110
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
kanderson@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Defendant Twilight Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>SFR INVESTMENT POOL 1, LLC; BOULDER RANCH MASTER ASSOCIATION; TWILIGHT HOMEOWNERS ASSOCIATION; HOMEOWNER ASSOCIATION SERVICES, INC.; HARMESH SINGH; KULJIT KAUR; DOES 1-10, inclusive<br><br>           Defendants. | CASE NO.: 2:16-cv-00127-GMN-NJK<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT OF DEFENDANT TWILIGHT HOMEOWNERS ASSOCIATION** |

IT IS HEREBY STIPULATED by and between Plaintiff Ditech Financial, LLC and Defendant Twilight Homeowners Association, through their respective counsel, that the Clerk's Entry of Default [36] entered in this matter against Defendant Twilight Homeowners Association on April 1, 2016, be set aside.

\ \ \

\ \ \

\ \ \

IT IS FURTHER STIPULATED that Defendant Twilight Homeowners Association will file its response to Complaint on or before May 4, 2016.

Dated this 18 day of April, 2016.

BROOKS HUBLEY, LLP

_____
MICHAEL BROOKS, ESQ.
Nevada Bar No. 7287
KYLE N. FOSTER, ESQ.
Nevada Bar No. 11125
1645 Village Center Circle, Ste. 200
Las Vegas, NV 89134
(702) 851-1191 - phone
(702) 851-1198 - fax
mbrooks@brooksshubley.com

*Attorneys for Plaintiff Ditech Financial, LLC*

Dated this 19th day of April, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

_____
KALEB ANDERSON, ESQ.
Nevada Bar No. 7582
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
kanderson@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Defendant Twilight Homeowners Association*

Dated this 21 day of April, 2016.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE