MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 005638
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
sfleming@klnevada.com

Attorneys for DITECH FINANCIAL LLC and
THE BANK OF NEW YORK MELLON
CORPORATION, as Trustee for the
Certificateholders of the CWABS, Inc. Asset-
Backed Certificates Series 2005-17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; BOULDER RANCH MASTER ASSOCIATION; TWILIGHT HOMEOWNERS ASSOCIATION; HOMEOWNERS ASSOCIATION SERVICES, INC.; HARMESH SINGH; KULJIT KAUR; DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00127-GMN-NJK<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT TWILIGHT HOMEOWNERS ASSOCIATION'S RENEWED MOTION TO DISMISS**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>DITECH FINANCIAL, LLC,<br><br>Counter-Defendant. | |

| | |
|---|---|
| 1 | SFR INVESTMENT POOL 1, LLC, |
| 2 | Cross-Claimant, |
| 3 | vs. |
| 4 | DITECH FINANCIAL LLC; BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK as Trustee for the CERTIFICATEHOLDERS CWABS, INC., ALTERNATIVE LOAN TRUST 2005-j12 ASSET-BACKED CERTIFICATES SERIES 2005-17; HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA; HARMESH SINGH, an individual; and KULJIT JAUR, an individual, |
| 9 | Cross-Defendants. |

Plaintiff/Counter-Defendant/Cross-Defendant, DITECH FINANCIAL LLC ("Ditech"), by and through its attorneys Michael R. Brooks, Esq. and Scott D. Fleming, Esq. of Kolesar & Leatham, and Defendant TWILIGHT HOMEOWNERS ASSOCIATION ("Twilight"), by and through its attorneys Joseph P. Garin, Esq., J. William Ebert, Esq. and Amber M. Williams, Esq. of Lipson, Neilson, Cole, Seltzer & Garin, P.C., hereby stipulate and agree as follows:

1. On November 13, 2017, Defendant Twilight Homeowners Association's Renewed Motion to Dismiss [ECF No. 112] ("Twilight Motion") was filed. Ditech's response to Twilight's Motion was originally due on November 27, 2017.

2. On November 27, 2017, Ditech and Twilight filed a Stipulation for Extension of Time to respond to the Twilight Motion as [ECF No. 119]. As of this date, no ruling has been offered by the Court regarding that stipulation.

3. Ditech originally requested from Twilight a one (1) week extension of time to respond to Twilight's Renewed Motion to Dismiss, up to and including December 4, 2017. Ditech made that request because it has proposed a resolution of its claims involving Twilight and is awaiting a response.

4. Counsel for Twilight has informed counsel for Ditech that she has not received a response to Ditech's proposal because she is awaiting a vote from Twilight's Board of Directors.

5. To avoid possible unnecessary time and expense in responding to the Twilight Motion, Ditech and Twilight wish to amend their original stipulation to provide an extension of time up to and including December 11, 2017 for Ditech to respond to Twilight's Motion.

6. This is an amendment to their first stipulation, which was the first request for an extension of time and is made in good faith and not made for purposes of delay. The parties believe that the Court is likely to take up Twilight's motion at the same time as motions for summary judgment, and all parties have agreed that oppositions to summary judgment motions should be filed on December 11, 2017. *See* Stipulation submitted as [ECF No. 122]. The extension proposed by this amended stipulation should not, therefore, have any effect on the timing of the resolution of this matter.

| KOLESAR & LEATHAM | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| */s/ Scott D. Fleming, Esq.*<br>MICHAEL R. BROOKS, ESQ.<br>Nevada Bar No. 007287<br>SCOTT D. FLEMING, ESQ.<br>Nevada Bar No. 005638<br>400 S. Rampart Blvd., Suite 400<br>Las Vegas, NV 89145<br><br>*Attorneys for Plaintiff/Counter-Defendant and Cross-Defendant* DITECH FINANCIAL LLC and THE BANK OF NEW YORK MELLON CORPORATION, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2005-17 | */s/ Amber M. Williams, Esq.*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>AMBER M. WILLIAMS, ESQ.<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendant Twilight Homeowners Association* |

## **ORDER**

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that the Stipulation to Extend, (ECF No. 119), is **DENIED as moot** pursuant to the foregoing.

Dated this __6__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT