Robert S. Larsen, Esq.
Nevada Bar No. 7785
Rachel L. Wise, Esq.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
        rwise@grsm.com
        mailto:jludwig@gordonrees.com
*Attorneys for Boulder Ranch Master Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC , <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; BOULDER RANCH MASTER ASSOCIATION; TWILIGHT HOMEOWNERS ASSOCIATION SERVICES, INC.; HARMESH SINGH; KULJIT KAUR; DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:16-CV-00127-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT (First Request)** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> DITECH FINANCIAL, LLC. <br><br> Counter-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Cross-Claimant, <br><br> vs. <br><br> DITECH FINANCIAL, LLC; BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, as Trustee for the | |

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

CERTIFICATEHOLDERS CWABS, INC.,  )
ALTERNATIVE LOAN TRUST 2005-17;  )
HOUSEHOLD FINANCE REALTY  )
CORPORATION OF NEVADA; HARMESH )
SINGH, an individual; and KULJIT KAUR, )
an individual,  )
                               )
               Cross-Defendants.  )
_____)

COMES NOW Plaintiff/Counter-Defendant/Cross-Defendant, Ditech Financial LLC ("Ditech"), Cross-Defendant Bank of New York Mellon Corporation, as Trustee for the Certificateholders of the CWABS, Inc. asset-backed Certificates Series 2005-17 ("BNYM"), Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), Defendant Twilight Homeowners Association, Inc. ("Twilight"), and Defendant Boulder Rancho Master Association ("Boulder Ranch"), by and through their undersigned and respective counsel of record, hereby stipulate and agree as follows:

In light of case-load and the recent holiday, the Parties are requesting a global extension of the opposition deadlines for all parties.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have a brief extension of one-week up to and until December 11, 2017, to file their respective Responses to Motions for Summary Judgment.  ECF No. 105, 107, 113, 114, and 116.

This is the Parties first request for extension of the responsive deadline. This request is not intended to cause any delay or prejudice to any party.

| Dated this 4th day of December, 2017 | Dated this 4th day of December, 2017 |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP | KIM GILBERT EBRON |
| */s/ Rachel L. Wise* | */s/ Diana Ebron* |
| Robert S. Larsen, Esq. | Diana Cline Ebron, Esq. |
| Rachel L. Wise, Esq. | Jacqueline A. Gilbert, Esq. |
| 300 South Fourth Street, Suite 1550 | Karen L. Hanks, Esq. |
| Las Vegas, Nevada  89101 | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for Boulder Ranch Master Association* | Las Vegas, NV 89139 |
| | *Attorneys for SFR Investments Pool 1, LLC* |

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

| Dated this 4th day of December, 2017 | Dated this 4th day of December, 2017 |
|---|---|
| KOLESAR & LEATHAM | LIPSON NEILSON COLE SELTZER & GARIN, P.C. |
| */s/ Scott D. Fleming*<br>Michael R. Brooks, Esq.<br>Scott D. Fleming, Esq.<br>400 South Rampart Blvd., Suite 400<br>Las Vegas, NV 89145<br>*Attorneys for Plaintiff Ditech Financial, LLC*<br><br>*and Bank of New York Mellon Corporation* | */s/ Amber M. Williams*<br>Kaleb D. Anderson, Esq.<br>Amber M. Williams, Esq.<br>LIPSON NEILSON COLE SELTZER & GARIN, P.C.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Twilight Homeowners Association* |

## **ORDER**

IT IS HEREBY ORDERED that the Parties shall have an extension of one-week up to and until December 11, 2017, to file their respective Responses to the Motions for Summary Judgment.

DATED this  7  day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Rachel L. Wise*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Rachel L. Wise, Esq.
Nevada Bar No. 12303
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89101
*Attorneys for Boulder Ranch Master Association*