DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DITECH FINANCIAL, LLC,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC; BOULDER RANCH MASTER ASSOCIATION; TWILIGHT HOMEOWNERS ASSOCIATION; HOMEOWNER ASSOCIATIONS SERVICES, INC.; HARMESH SINGH; KULJIT KAUR; DOES 1-10, inclusive,

Defendants.

AND RELATED CLAIMS.

Case No. 2:16-cv-00127-GMN-NJK

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR DISMISSAL WITH PREJUDICE, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT BY BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ALTERNATIVE LOAN TRUST 2005-J12 ASSET-BACKED CERTIFICATES SERIES 2005-17**

**(FIRST REQUEST)**

Defendant/Counterclaimant/Cross-Claimant, SFR Investments Pool 1, LLC ("SFR"), Plaintiff/Counterdefendant, Ditech Financial, LLC ("Ditech") and Cross-Defendant, Bank of New York Mellon, FKA The Bank of New York as Trustee for the Certificateholders CWABS, Inc., Alternative Loan Trust 2005-J12 Asset-Backed Certificates Series 2005-17 ("BNYM") by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The subject property is located at **5929 Crumbling Ridge Street, Henderson, NV 89011** and bears Assessor's Parcel No**. 161-34-618-006**;

2. Ditech, BNYM and SFR hereby agree to extend SFR's deadline to file SFR's Response to BNYM's Motion to Dismiss [ECF No. 107] from November 27, 2017, to December 4, 2017, the same deadline as SFR's Response to Ditech's Motion for Summary Judgment [ECF No. 105]. The motions were filed as one document.

3. SFR requests this extension to allow time to address all issues in the combined motions fully. SFR was unable to complete responses to both motions by the due date for the Motion to Dismiss because SFR's counsel unexpectedly had to travel out of state for family medical issues.

This is the first request for an extension of this deadline. This request is made in good faith and is not meant for purposes of delay or prejudice to any party.

DATED this 27th day of November, 2017.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 27th day of November, 2017.

**KOLESAR & LEATHAM**

*/s/ Scott D. Fleming*
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 5638
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 7287
DAVID R. CLAYSON, ESQ.
Nevada Bar No. 2826
400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
*Attorneys for Ditech Financial LLC*

**ORDER**

IT IS SO ORDERED.

DATED this 7 day of December, 2017.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Respectfully Submitted By:

**KIM GILBERT EBRON**

/s/ Diana S. Ebron

DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301