MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 7287
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 5638
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
sfleming@klnevada.com

Attorneys for Plaintiff DITECH FINANCIAL LLC and THE BANK OF NEW YORK MELLON CORPORATION as Trustee for the Certificateholders of the CWABS, Inc. Asset-backed Certificates Series 2005-17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; BOULDER RANCH MASTER ASSOCIATION; TWILIGHT HOMEOWNERS ASSOCIATION; HOMEOWNERS ASSOCIATION SERVICES, INC.; HARMESH SINGH; KULJIT KAUR; DOES 1-20, Inclusive,<br><br>    Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC,<br><br>    Counterclaimant,<br><br>vs.<br><br>DITECH FINANCIAL, LLC,<br><br>    Counter-Defendant. | CASE NO. 2:16-cv-00127-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO OPPOSITIONS TO MOTIONS TO DISMISS AND TO CLARIFY DATE TO REPLY TO OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

|   |   |
|---|---|
| 1 | SFR INVESTMENT POOL 1, LLC, |
| 2 | Cross-Claimant, |
| 3 | vs. |
| 4 | DITECH FINANCIAL LLC; BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK as Trustee for the CERTIFICATEHOLDERS CWABS, INC., ALTERNATIVE LOAN TRUST 2005-j12 ASSET-BACKED CERTIFICATES SERIES 2005-17; HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA; HARMESH SINGH, an individual; and KULJIT JAUR, an individual, |
| 9 | Cross-Defendants. |

This *Stipulation and Order to Extend Time to Reply to Oppositions to Motions to Dismiss and to Clarify Date to Reply to Oppositions to Motions for Summary Judgment* (the "Stipulation") is made by (i) Plaintiff/Counter-Defendant/Cross-Defendant, DITECH FINANCIAL LLC ("Ditech") and Cross-Defendant THE BANK OF NEW YORK MELLON CORPORATION as Trustee for the Certificateholders of the CWABS, Inc. Asset-backed Certificates Series 2005-17 ("BONY Mellon" and with Ditech, "Lenders"): (ii) Defendant/Counter-Claimant/Cross-Claimant SFR INVESTMENTS POOL 1, LLC ("SFR"); (iii) Defendant BOULDER RANCH MASTER ASSOCIATION ("Boulder Ranch"); and (iv) Defendant TWILIGHT HOMEOWNERS ASSOCIATION ("Twilight"), each by and through their respective counsel, and is based on the following:

1.   On November 13, 2017, the parties filed motions to dismiss that have been identified as [ECF No. 107, 112 and 115].

2.   On the same day, the parties filed motions for summary judgment that have been identified as [ECF No. 105, 113 and 116].

3.   Pursuant to an Order entered on the docket as [ECF No. 127], this Court extended the time for parties to respond to motions to dismiss so that the filings would coincide with the deadline for filing responses to summary judgment motions.

4.  On December 11, 2017, the parties timely filed responses to the motions to dismiss and for summary judgment as [ECF No. 129, 130, 131, 132 and 133].

5.  The Court's electronic docketing system has noted that the deadline to file replies to oppositions to motions to dismiss has been set for December 18, 2017. *See* [ECF No. 129 and 133].

6.  The Court's electronic docketing system has noted that the deadline to file replies to oppositions to motions for summary judgment has been set for December 25, 2017. *See* [ECF No. 130, 131 and 132]. The parties are informed and believe that December 25, 2017 is a Court holiday and that the pursuant to local rules, the deadline to reply to these matters should be noted as Tuesday, December 26, 2017.

7.  The motions to dismiss and the motions for summary judgment raise many of the same issues, and the parties believe that it is likely that the Court will take up all of these matters at the same time.

8.  The parties stipulate and agree, and jointly request entry of an order, extending the time to file replies to oppositions to motions to dismiss so that those filings coincide with the deadline for filing replies to oppositions to motions for summary judgment.

9.  The parties further stipulate and agree, and jointly request entry of an order, confirming that the deadline for filing replies to oppositions to motions seeking summary judgment is **Tuesday, December 26, 2017**.

| KOLESAR & LEATHAM | KIM GILBERT EBRON |
|---|---|
| */s/ Scott. D. Fleming, Esq.* | */s/ Diania S. Ebrong, Esq.* |
| MICHAEL R. BROOKS, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 007287 | Nevada Bar No. 10580 |
| SCOTT D. FLEMING, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 005638 | Nevada Bar No. 10593 |
| 400 S. Rampart Blvd., Suite 400 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89145 | Las Vegas, NV 89139 |
| *Attorneys for Plaintiff/Counter-Defendant and Cross-Defendant DITECH FINANCIAL LLC and THE BANK OF NEW YORK MELLON CORPORATION, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2005-17* | *Attorneys for Defendant/Counterclaimant /Cross-Claimant SFR Investments Pool 1, LLC* |

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

| | |
|---|---|
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | GORDON REES SCULLY MANSUKHANI, LLP |
| */s/ Amber M. Williams, Esq.* <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 6653 <br> J. WILLIAM EBERT, ESQ. <br> Nevada Bar No. 2697 <br> AMBER M. WILLIAMS, ESQ. <br> Nevada Bar No. 12301 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV 89144 <br><br> *Attorneys for Defendant Twilight Homeowners Association* | */s/ Rachel L. Wise, Esq.* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> RACHEL L. WISE, ESQ. <br> Nevada Bar No. 12303 <br> 300 South Fourth Street, Suite 1550 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Boulder Ranch Master Association* |

**ORDER**

Having considered the foregoing Stipulation, and for good cause:

IT IS ORDERED that the deadline for filing replies to the oppositions appearing on the Court's docket and as [ECF NO. 129, 130, 131, 132 and 133] shall be Tuesday, December 26, 2017.

Dated this 21 day of December, 2017.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT