Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; BOULDER RANCH MASTER ASSOCIATION; TWILIGHT HOMEOWNERS ASSOCIATION; HOMEOWNER ASSOCIATIONS SERVICES, INC.; HARMESH SINGH; KULJIT KAUR; DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:16-cv-00127-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO RENEWED MOTION TO SUBSTITUTE BANK OF NEW YORK MELLON CORPORATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2005-17, IN PLACE OF DITECH FINANCIAL, LLC [ECF NO. 136]**<br><br>**(FIRST REQUEST)** |

Defendant/Counterclaimant/Cross-Claimant, SFR Investments Pool 1, LLC ("SFR"), Plaintiff/Counterdefendant, Ditech Financial, LLC ("Ditech"), Cross-Defendant, Bank of New York Mellon, FKA The Bank of New York as Trustee for the Certificateholders CWABS, Inc., Alternative Loan Trust 2005-J12 Asset-Backed Certificates Series 2005-17 ("BNYM"), Defendant Boulder Ranch Master Association ("Boulder Ranch"), Defendant Twilight Homeowners Association ("Twilight") by and through their undersigned counsel, hereby stipulate and agree to allow defendants a one week extension to file any response to the Renewed Motion to Substitute BNYM in place of Ditech [ECF No. 136] which was filed on Thursday, December 21, 2017 from

- 1 -

the original deadline of Thursday, January 4, 2018 to **Thursday, January 11, 2018**. SFR requested the extension due to the holidays and sickness of SFR's counsel.

This is the first request for an extension of this deadline. This request for an extension is made by the parties' in good faith and is not meant for purposes of delay or prejudice to any party.

| DATED this  4th  day of January, 2018. | DATED this  4th  day of January, 2018. |
|---|---|
| **KIM GILBERT EBRON** | **KOLESAR & LEATHAM** |
| /s/ Diana S. Ebron<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ Scott Fleming<br>Michael R. Brooks, Esq.<br>Scott Fleming, Esq.<br>400 South Rampart Blvd., Suite 400<br>Las Vegas, NV 89145<br>*Attorneys for Plaintiff Ditech Financial, LLC and Bank of New York Mellon Corporation* |
| DATED this  5th  day of January, 2018. | DATED this  4th  day of January, 2018. |
| **LIPSON NEILSON COLE SELTZER & GARIN, P.C.** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| /s/ Amber M. Williams<br>Kaleb D. Anderson, Esq.<br>Amber M. Williams, Esq.<br>LIPSON NEILSON COLE SELTZER & GARIN, P.C.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Twilight Homeowners Association* | /s/ Rachel L. Wise<br>Robert S. Larsen, Esq.<br>Rachel L. Wise, Esq.<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br>*Attorneys for Boulder Ranch Master Association* |

**ORDER**

IT IS SO ORDERED.

DATED this  8th  day of January, 2018.

_____
United States Magistrate Judge